UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID H. MARUYAMA, in individual and representative capacity as trustee of The David H. Maruyama and Candice L. Maruyama 1991 Living Trust dated May 30, 1991; CANDICE L. MARUYAMA, in individual and representative capacity as Trustee of The David H. Maruyama and Candice L. Maruyama 1991 Living Trust dated May 30, 1991; PEKING RESTAURANT, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants, | Case No.: 5:18-CV-05376-EJD<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.** The Court sets an Order to Show Re Settlement hearing for 5/23/2019 at 10:00 am. Response to OSC or Dismissal due 5/13/2019.

Dated: 3/19/2019

　　　　　　　　　　　　　　　　　　　　　HONORABLE EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge